1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAMECASTER, INC., a California Corporation<br><br>            Plaintiff<br>     vs.<br><br>DREAMWORKS SKG, INC., a Delaware Corporation<br><br>            Defendant | CV 09-2723 R (SSx)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A STAY.<br><br>Courtroom of the Honorable Manuel Real |

The Court has read and considered Plaintiff Gamecaster, Inc.'s ("GC") Motion for A Stay pending the outcome of Defendant's petition to the USPTO for inter partes reexamination of the sole patent-in-suit, U. S. patent 7,403,220, and the opposition of Defendant DreamWorks SKG, Inc. ("DWA").

1

Case 2:09-cv-02723-JAK -SS   Document 19   Filed 10/06/09   Page 2 of 2   Page ID #:221

1  Based upon the pleadings and papers of record in this action, and after due
2  opportunity for Defendant to be heard on this matter, and the evidence presented
3  having been fully considered, the issues having been duly heard,
4  IT IS ORDERED that Plaintiff GC's motion for a stay pending the outcome
5  of Defendant's petition for reexamination of the sole patent in suit, namely, the
6  '220 patent, is GRANTED. Plaintiff and Defendant shall file a joint report about
7  the progress of the reexamination every six months.
8  IT IS SO ORDERED.

10  Dated: Oct. 6, 2009                              _____
11                                                   United States District Judge

12  Presented By:

14  _____
15  PATRICK F. BRIGHT (SBN68709)
    WAGNER, ANDERSON & BRIGHT, LLP
16  3541 OCEAN VIEW BLVD
    GLENDALE, CA  91208
17  (818) 249-9300
    (818) 249-9335 (facsimile)
18  rla@patentattorney.us

2

[Proposed] Order Granting Plaintiff's Motion for a Stay