| | |
|---|---|
| 1 | Patrick F. Bright (CA SBN 68709) |
| 2 | pbright@brightpatentlaw.com<br>WAGNER, ANDERSON & BRIGHT, LLP |
| 3 | 3541 Ocean View Boulevard<br>Glendale, California  91208 |
| 4 | Telephone:  818.249.9300<br>Facsimile:  818.249.9335 |
| 5 | Attorneys for Plaintiff |
| 6 | GAMECASTER, INC. |
| 7 | CHARLES S. BARQUIST (CA SBN 133785)<br>CBarquist@mofo.com |
| 8 | SCOTT C. MOORE (CA SBN 203181)<br>SMoore@mofo.com |
| 9 | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard |
| 10 | Los Angeles, California  90017-3543<br>Telephone:  213.892.5200 |
| 11 | Facsimile:  213.892.5454 |
| 12 | Attorneys for Defendant<br>DREAMWORKS ANIMATION SKG, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Gamecaster, Inc., | Case No. CV09-2723 JAK (SSx) |
| Plaintiff, | **JOINT REPORT ON THE PROGRESS OF REEXAMINATION** |
| v. | |
| DreamWorks Animation SKG, Inc., | Honorable John A. Kronstadt |
| Defendant. | |

la-1221836

1  Pursuant to the Court's order of July 9, 2013 (D.I. 46), Plaintiff Gamecaster,
2  Inc. and Defendant DreamWorks Animation SKG, Inc. hereby report on the
3  progress of the PTO's reexamination of United States Patent No. 7,403,220.
4  Since the parties' last joint status report (D.I. 45), there have been no
5  developments.

| | | |
|---|---|---|
| Dated: | September 9, 2013 | CHARLES S. BARQUIST<br>SCOTT C. MOORE<br>MORRISON & FOERSTER LLP |
| | | By:  /s/ Charles S. Barquist<br>　　　　Charles S. Barquist |
| | | Attorneys for Defendant<br>DREAMWORKS ANIMATION SKG, INC. |
| Dated: | September 9, 2013 | PATRICK F. BRIGHT<br>WAGNER, ANDERSON & BRIGHT, LLP |
| | | By:  /s/ Patrick F. Bright<br>　　　　Patrick F. Bright |
| | | Attorneys for Plaintiff<br>GAMECASTER, INC. |

1

la-1221836