1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAMECASTER, INC., | Case No. 2:09 -CV-02723 JAK (SSx) |
| Plaintiff, | **ORDER GRANTING THE PARTIES STIPULATED REQUEST FOR DISMISSAL** |
| vs. | JS-6 |
| DREAMWORKS ANIMATION SKG, INC. | |
| Defendant. | Judge:      Hon. John A. Kronstadt<br>Courtroom:  Roybal 750 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

The Court, having considered the Parties' JOINT STIPULATION FOR DISMISSAL, and good cause appearing,

**IT IS HEREBY ORDERED** that all claims asserted in the above-captioned action by and between Gamecaster, Inc. and DreamWorks Animation SKG, Inc., are hereby dismissed with prejudice.  It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1

Proposed Order re Stipulation for Dismissal/la-1274132 v1